```
1  Michele M. Vercoski, State Bar No. 244010
2  mmv@mccunewright.com
   Tuan Q. Nguyen, State Bar No. 312153                JS-6
3  tqn@mccunewright.com
4  MCCUNE WRIGHT AREVALO, LLP
   18565 Jamboree, Suite 550
5  Irvine, California  92612
6  Telephone:  (909) 557-1250
7  Facsimile:  (909) 557-1275
   Attorneys for Plaintiffs SHELLY ANDREWS and PAULA DETERDING
8
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY ANDREWS and PAULA DETERDING, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ECOLAB INC.; THE PERMANENTE MEDICAL GROUP, INC.; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP; KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; KAISER PERMANENTE ORANGE COUNTY – ANAHEIM MEDICAL CENTER; KAISER PERMANENTE SOUTH BAY MEDICAL CENTER; KAISER PERMANENTE ROSEVILLE MEDICAL CENTER; and DOES 1-100 inclusive,<br><br>        Defendants. | Case No.: 2:19-CV-10338 FMO (ASx)<br><br>Judge Assigned:  Hon. Fernando M. Olguin<br><br>Complaint filed: October 21, 2019<br><br>Trial Date:   None Set<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE [FRCP 41(A)]**<br><br>*[Filed Concurrently with Stipulation of Dismissal]* |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

The court finds that Notice need not be provided to the putative class members.

Dated: May 19, 2020

/s/
_____
Fernando M. Olguin
United States District Judge

[Proposed] Order Granting Stipulation of Dismissal Without Prejudice [FRCP 41(A)]
Case No.: 2:19-CV-10338 FMO (ASx)

**CERTIFICATE OF SERVICE**

    I, Nancy C. Wheeler hereby certify that on the 19th day of May, 2020 the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 19, 2020

/s/ Nancy C. Wheeler
Nancy C. Wheeler